IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **LAVERT LEATRICE LAKE III**, <br> [DOB: 01/03/1997] <br><br> Defendant. | No. 2:20-CR-04041-BCW <br><br> 18 U.S.C. § 922(g)(1) <br> NMT 10 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class C Felony <br><br> $100 Special Assessment |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

(Felon in Possession of a Firearm)
18 U.S.C. § 922(g)(1)

On or about November 30, 2019, within Cole County, in the Western District of Missouri, the defendant, **LAVERT LEATRICE LAKE III**, knowing he had previously been convicted of a crime punishable for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Ruger SR9, 9mm pistol, serial number 33489517; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**A TRUE BILL.**

*Eugene O'Loughlin*
**FOREPERSON OF THE GRAND JURY**

*/S/ Aaron M. Maness*
**Aaron M. Maness**
Assistant United States Attorney
Missouri Bar No. 63666

Dated: 06/24/2020